**Order entered September 23, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00730-CV

**TFHSP SERIES LLC, SERIES 03, Appellant**

**V.**

**MIDFIRST BANK, Appellee**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-11478-L**

## ORDER

We **GRANT** Appellees' September 19, 2014 Objection to Mediation Order. We

**VACATE** our September 9, 2014 mediation order.

/s/    ELIZABETH LANG-MIERS
        JUSTICE